IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA | PLAINTIFF |
| v.   CV NO. 2:12-CR-20043-016 | |
| SANDRA PAYNE | DEFENDANT |

## O R D E R of CONDITIONAL RELEASE

Before the Court is the Defendant's Motion for Conditional Release from Custody (ECF No. 100) filed September 7, 2012. The court conducted a hearing on September 14, 2012 and finds that the Motion should be **GRANTED** as follows:

The Defendant is hereby authorized to be released from the custody of the Sebastian County Detention Center to GATEWAY HOUSE, 3900 Armour St., Fort Smith, Arkansas on September 17, 2012 upon the following terms and conditions.

The U.S. Marshal's Service will obtain custody of the Defendant on September 17, 2012 and transport her to the Federal Court House in Fort Smith, Arkansas.

On September 17, 2012 the U.S. Marshal is authorized to release custody of the Defendant to Elizabeth Jones who will transport the Defendant directly to GATEWAY HOUSE.

The Defendant is authorized to remain in the care, custody and control of GATEWAY HOUSE for the completion of their 42 day Residential Treatment Program.

The Defendant is ordered to complete the 42 day Residential Treatment Program at GATEWAY HOUSE and to comply with all of the rules and regulations of the program.

Pretrial Services is authorized to monitor the progress of the Defendant while in GATEWAY HOUSE and the Defendant is ordered to complete all necessary release forms

required by GATEWAY to release information to Pre Trial Services and GATEWAY HOUSE is directed to supply information to Pre Trial Services concerning the status of the Defendant in their Residential Treatment Program.

If at any time GATEWAY HOUSE terminates the treatment of the Defendant or the Defendant voluntarily leaves the program prior to completion of the program a warrant for the arrest of the Defendant shall be forthwith issued and the Defendant shall be returned to custody.

At the conclusion of the 42 day Residential Treatment Program the Elizabeth Jones is directed to transport the Defendant to the U.S. Marshal, Federal Building, Fort Smith, Arkansas and she will be remanded back to the custody of the Marshal at that time. The court will then re-evaluate conditions of release for the Defendant.

IT IS SO ORDERED this September 14, 2012.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge